No. 11–6078. MINIARD v. SUPREME COURT OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–6081. CHAPA v. COOPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–6084. SINGLETON v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6086. WEBB v. ONEY, JUDGE, COURT OF COMMON PLEAS OF OHIO, BUTLER COUNTY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–6090. EVANS v. HERNANDEZ ET AL. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 11–6091. PEREZ v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–6098. BIVERT v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–6101. JONES v. MARYLAND STATE'S ATTORNEY OFFICE. C. A. 4th Cir. Certiorari denied.

No. 11–6102. LEWIS v. FLORIDA ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–6104. KALFOUNTZOS v. CITY OF SACRAMENTO, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6107. TOMPSON v. MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH. App. Ct. Mass. Certiorari denied.

No. 11–6108. JUARBE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–6109. JUNIER v. CONRAD ET AL. App. Ct. Mass. Certiorari denied.